# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0344

VERSUS

JEFFERY O'BRIAN NEFF

**APRIL 20, 2023**

---

In Re:    Jeffery O'Brian Neff, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-03206.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED AS MOOT.**  The records of the Office of the East Baton Rouge Parish Clerk of Court reflect that the trial court granted a continuance in this matter on April 17, 2023.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT